Commonwealth ex rel. Cross, Appellant, *v.*
Russell.

Submitted September 13, 1965. *Lester A. Cross,* appellant, in propria persona; *Henry J. Rutherford,* Assistant District Attorney, and *Wilson Bucher,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Cunningham, Appellant, *v.*
Myers.

Submitted September 13, 1965. *James T. Cunningham,* appellant, in propria persona; *Benjamin H. Renshaw, Jr.,* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.